Peter Urhausen, Esq. SBN 160392
GIBBONS & CONLEY
Hookston Square 3480 Buskirk Ave. Suite 200
Pleasant Hill, CA 94523
T: 925.932.3600
F: 925.932.1623

Attorney for Defendant, CITY OF COTATI and JOHN A. DELL'OSSO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. BARICH and LAURIE ALDERMAN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF COTATI and JOHN A. DELL'OSSO,<br><br>Defendants. | Case No. 21-cv-00034-EMC<br><br>**DECLARATION OF CITY CLERK LAUREN BERGES IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE**<br><br>Date:     March 25, 2021<br>Time:     1:30 p.m.<br>Location: Courtroom 5/Zoom |

I, Lauren Berges, hereby declare:

1. I am the City Clerk of the City of Cotati. The links set forth in the City of Cotati's Request for Judicial Notice filed herewith are links to an official City of Cotati website that contains the official City Council meeting minutes and video recordings of such meetings, as well as the official copy of the City Council Policy 2107-02.

1

DECLARATION OF CITY CLERK LAUREN BERGES IN SUPPORT OF     Case No. 21-cv-00034-EMC
REQUEST FOR JUDICIAL NOTICE

2.  If called to testify, I could and would competently testify thereto.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the forgoing is true and correct. This declaration was executed in Cotati, California on this 12th day of February, 2021.

Dated: February 12, 2021

By: */s/ Lauren Berges*
    LAUREN BERGES