# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** March 25, 2021     **Time:** 1:55-2:21= 26 Minutes     **Judge:** EDWARD M. CHEN

**Case No.:** 21-cv-00034-EMC     **Case Name:** Barich v. Cotati

**Attorney for Plaintiff:** Carleton Briggs
**Attorney for Defendant:** Peter Urhausen

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Jo Ann Bryce

### PROCEEDINGS HELD BY ZOOM WEBINAR

[9] Motion to Dismiss held.

### SUMMARY

Parties stated appearances and proffered argument.

Court grants motion with leave to amend as stated on the record. Plaintiffs have 30 days to amend complaint. Written order to issue.

Initial Case Management Conference set for 4/8/2021 is vacated and rescheduled for 4/29/2021 at 9:30 a.m.