# EXHIBIT C

CERTIFIED COPY

COTATI CITY COUNCIL MEETING

September 10, 2019

- - - -

Transcribed By:
Michelle Murray, CSR NO. 13896

**Verbatim**

A COMPUTERIZED REPORTING SERVICE
(707) 575-1819 • (800) 634-4311 • FAX (707) 575-8541

1

1    JOHN DEL'OSSO:  And now we're in Item 9,
2  which is Citizens Business.  Any member of the public
3  wishing to speak to the Council on any item listed on
4  the consent calendar or any matter not listed on the
5  agenda that are within the subject matter and
6  jurisdiction of the Council may do so at this time.
7    Pursuant to the Brown Act, the Council is not
8  allowed to consider issues or take action not listed on
9  the agenda during this period.
10    Pursuant to City Council Policy 2017-02,
11 comments of any member of the public are normally
12 restricted to a total of three minutes in length per
13 person for matters not on the agenda, and a total of
14 three minutes in length for any and all items on the
15 consent calendar.  The mayor may extend the time limit
16 for a reasonable time where a disability accommodation
17 has been requested.
18    So is there anyone who has any public
19 comments?  Yes, please step up.  If you care to give
20 your name, feel free.
21    MICHAEL J. CEREMELLO:  That's fine.  No, I do
22 not.
23    I was going to bring something up on Item 5.
24 You didn't call for public comment on that which is
25 announcements because there is an inconsistency on the

```
 1   announcements.  You say on "A" that a person -- the
 2   meeting also includes the citizens business item which
 3   is a designated place in the agenda.  Citizens have a
 4   right to say whatever they wish.  That's incorrect.
 5   It's correct on nine where it says you have to be
 6   speaking to items that are within the purview of the
 7   City Council.  Subject matter jurisdiction of the
 8   Council.  That is the correct designation that should
 9   have been announced to the public.
10           The other thing I wanted to speak to or speak
11   about was the city that I live in recently took action
12   to make the city clerk's position an elected position.
13   I understand your city doesn't have an appointed city
14   treasurer but has an appointed city clerk which is also
15   your city manager.  I find those two to be in conflict,
16   and that's one of reasons we're putting ours out to make
17   it an elected position.
18           And with that, I have a statement from a
19   person who is involved with that that I want to read to
20   you and it says my name is -- it says Cotati Council
21   members, excuse me.  My name is Rainer Riddle, and I
22   live in Dixson.  I'm an involved citizen, a strong
23   supporter and advocate for open government.  Because of
24   my involvement in 2015, I was named by the Howard
25   Jarvis Tax Payers Association tax fighter of the year.
```

1   The latest trend throughout California has
2   been to take away the people's right to elect city clerk
3   and city treasure.  They want it all within the house.
4   Government Code Section 36501 states the government of a
5   general law city is vested in:  A.) A city council with
6   at least five members; B.) A city clerk; C.) A city
7   treasurer; D.) A chief of police and; E.)  A fire chief.
8   If we're getting away from electing a city clerk and a
9   city treasurer, what will happen next?  Will it go away
10  from electing you as Council?  The Dixson City Council
11  just certified a petition to elect a city clerk.  It
12  will be on or held during the 2020 election.  The
13  question to make the city treasurer appointed position
14  was to defeated by the voters in 2016.
15         I'm urging you to consider giving the citizens
16  you represent a choice to elect the city clerk and city
17  treasurer.  Thank you.
18         I appreciate being able to tell you that.  I
19  think it's a benefit to the citizens to have another set
20  of eyes looking at the city books.  Our city is so much
21  attempting to keep things in control that they took away
22  all the duties from the city clerk's position prior to
23  the election which is totally illegal as far as I'm
24  concerned.  It'll probably take litigation to take care
25  of it, but it'll happen.  So any way, thank you for your

```
 1  time.
 2          JOHN DEL'OSSO:  All right.  Thank you.
 3          MICHAEL J. CEREMELLO:  Would you like me to
 4  turn a copy in?
 5          JOHN DEL'OSSO:  You can leave that with the
 6  clerk, please.  That'd be great.
 7                        ---oOo---
```

I, MICHELLE MURRAY, Certified Shorthand Reporter, License No. 13896, hereby certify that I have transcribed to the best of my ability the proceedings herein.

I further certify that I am not of counsel nor attorney for either of the parties to said proceedings nor in any way interested in the outcome of the cause named in the caption.

IN WITNESS WHEREOF, I have hereunto set my hand this 2nd day of October, 2019.

*Michelle Murray*
_____

Michelle Murray, CSR
License No. 13896

**Verbatim**
A COMPUTERIZED REPORTING SERVICE
(707) 575-1819 • (800) 634-4311 • FAX (707) 575-8541

6