**EXHIBIT D**

CERTIFIED COPY

1
2
3
4
5
6
7
8
9
10      COTATI STRATEGIC PLANNING MEETING
11                  3-27-2019
12             - - - -
13
14
15
16
17
18
19
20
21
22
23
24   Transcribed By:
     Michelle Murray, CSR NO. 13896
25

**Verbatim**
A COMPUTERIZED REPORTING SERVICE
(707) 575-1819 • (800) 634-4311 • FAX (707) 575-8541

1

1   GEORGE BARICH: March 27th. 6:22 p.m., Cotati
2   City Hall strategic planning meeting at the police
3   station.
4   Hi, do you have a hearing device?
5   LAUREN BERGES: Mm-hmm. It's right there.
6   GEORGE BARICH: Good to see you.
7   JOHN PAUL: Good to see you too.
8   [MULTIPLE PEOPLE TALKING AMONG THEMSELVES,
9   UNINTELLIGIBLE].
10  GEORGE BARICH: Hi.
11  When was this -- when was this posted?
12  LAURIE ALDERMAN: This was not posted. This
13  was posted 24 hours ago.
14  GEORGE BARICH: This?
15  LAURIE ALDERMAN: Not posted.
16  GEORGE BARICH: Because I looked for it.
17  How does this work? Do you know?
18  LAURIE ALDERMAN: I don't know how either.
19  GEORGE BARICH: Hey, Lauren? Do you know how
20  this works? All I hear is static right now.
21  LAUREN BERGES: Well, it should.
22  GEORGE BARICH: You can hear yourself. It's
23  just...
24  LAUREN BERGES: I can hear it.
25  It's on the right channel. Check this one.

| | |
|---|---|
| 1 | GEORGE BARICH:  Okay. |
| 2 | LAURIE ALDERMAN:  So basically it acts as an |
| 3 | amplifier. |
| 4 | GEORGE BARICH:  Right. |
| 5 | LAURIE ALDERMAN:  So. |
| 6 | GEORGE BARICH:  Which this one is not doing. |
| 7 | LAUREN BERGES:  No.  Try this one. |
| 8 | Okay.  Now let me do the volume. |
| 9 | GEORGE BARICH:  Go ahead because I don't hear |
| 10 | anything. |
| 11 | LAUREN BERGES:  Okay.  I just don't want to |
| 12 | make your ear.... |
| 13 | GEORGE BARICH:  Okay. |
| 14 | Before you leave, let's make sure. |
| 15 | LAUREN BERGES:  Yeah. |
| 16 | GEORGE BARICH:  Test, test.  Same thing. |
| 17 | LAUREN BERGES:  Yeah, I can hear it. |
| 18 | GEORGE BARICH:  It's just -- it's just... |
| 19 | LAUREN BERGES:  Static.  Yeah, I don't know. |
| 20 | GEORGE BARICH:  Okay. |
| 21 | LAUREN BERGES:  I don't know.  I'm sorry. |
| 22 | We'll just -- we'll be sure to talk loudly. |
| 23 | GEORGE BARICH:  All right. |
| 24 | LAUREN BERGES:  Do you want to fool around |
| 25 | with it?  Okay. |

1   GEORGE BARICH: Can you report to Council that
2 it's not working?
3   LAUREN BERGES: Mm-hmm.
4   GEORGE BARICH: Okay.
5   LAURIE ALDERMAN: There's a democratic quote
6 meeting tonight, and my family's there. And I'm glad
7 it's [UNINTELLIGIBLE] here. [UNINTELLIGIBLE] sitting
8 across the table - [UNINTELLIGIBLE].
9   GEORGE BARICH: I'm going to object to this
10 hearing device thing and suggest -- demand we move to
11 the other chamber.
12   LAURIE ALDERMAN: Yeah.
13   GEORGE BARICH: You do the same.
14   [UNINTELLIGIBLE, SIMULTANEOUS, UNKNOWN
15   SPEAKERS.]
16   JOHN DEL'OSSO: All right. Welcome. Thank
17 you all for being here tonight. I just want to make
18 sure as we go through so everybody can hear that
19 everybody speak up as best you can because we all have a
20 tendency to do this when we talk in sentences, so just
21 remember I want to make sure everybody can hear well.
22 Lighting is okay for everybody? We're going to be
23 focused most a [UNINTELLIGIBLE] there, so we're good.
24   And as we've done for the last number of years
25 with the strategic planning, we're going to have a

1  public comment section at the very beginning like what
2  is on the agenda, but we're going to go through multiple
3  times throughout presentations, pause to see if there is
4  any questions or comments from the public, and so we're
5  going to go through just like we've done at least the
6  last five years that I'm aware of.
7        So with that, we will call to order.
8  [UNINTELLIGIBLE] I don't have my phone so we can see the
9  time.
10        UNIDENTIFIED FEMALE:   [UNINTELLIGIBLE].
11        JOHN DEL'OSSO:  Thank you.  6:33 as a matter
12  of fact. [UNINTELLIGIBLE] all right.
13        UNIDENTIFIED FEMALE:   Imagine that.
14        JOHN DELOUSES:  We're going to up with public
15  comment if you haven't done it.
16        GEORGE BARICH:  Thank you.  Good evening,
17  folks.  My name is George Barich.  I want you to remind
18  you that I have a hearing disability, and I requested
19  Lauren Berges last week if she could be so kind to
20  provide an electronic hearing device for me in this
21  setting, in this room or have the meeting in the Council
22  chambers where the electronic hearing devices work
23  properly.  We've tested the hearing devices here
24  tonight.  They do not work.  Lauren has tested it.  JR
25  is testing it right now.  There is also a pretty loud

1  hum in the room that's coming and going. I'm having
2  trouble hearing this meeting and in the compliance with
3  the American Disabilities Act, I'm requesting that this
4  meeting be moved over to the Council chambers where I
5  can be able to hear properly, and also I understand the
6  Goals and Objectives were not online, so I was not able
7  to prepare for this meeting tonight.
8  　　　　　So with those two issues, I would strongly
9  demand that this meeting be moved to a time and place
10 certain in the future where the hearing devices can be
11 provided properly, and the public has ample time to
12 review the documents here so that we can participate in
13 the process.
14 　　　　　JOHN DEL'OSSO: All right. Thank you. We
15 have not seen these documents yet either so --
16 　　　　　GEORGE BARICH: That wouldn't matter.
17 　　　　　JOHN DEL'OSSO: It's all fair [UNINTELLIGIBLE]
18 here.
19 　　　　　And as I stated just about a minute ago, I'm
20 asking everybody to make sure -- can you hear me now?
21 Because you're nodding no.
22 　　　　　GEORGE BARICH: Barely. With the hum in the
23 room, barely.
24 　　　　　JOHN DEL'OSSO: Okay. Well, we'll make a
25 point if you can't hear some comment coming from

```
 1   somebody, just do this, and I'll focus on you and we'll
 2   see if we get the --
 3              GEORGE BARICH:  That is not in compliance with
 4   the American Disabilities Act, sir.  I'm asking you to
 5   really review it.  This is a serious matter.
 6              JOHN DEL'OSSO:  This is what we're going to do
 7   tonight.  So if it's not working for you and you have to
 8   leave, you can leave, but we will be able to accommodate
 9   you, okay?
10              Did you have any questions at this point or
11   comments, Ms. Alderman?
12              LAURIE ALDERMAN:  As my citizen comment time?
13              JOHN DEL'OSSO:  Well, I mean, you can go now,
14   but there's going to be other times.
15              LAURIE ALDERMAN:  Yeah, no.
16              Well, this is not agendized as how you're
17   running the meeting, for one thing.  It was -- it's not
18   -- there is not public comment.  And another thing, this
19   is not a special meeting.  It is agendized City Council
20   meeting, and it's been on the schedule for weeks.  We
21   only got the agenda 24 hours ago with no materials.  And
22   now we have -- if you went by your agenda we would have
23   no -- and had no -- you didn't use your discretion to
24   let us speak.  We would be able to speak on stuff -- the
25   only thing -- my brief time I could look on this was
```

```
 1  your planning the west schools street pathway money now.
 2  It just all the way down to Richardson it just scored a
 3  zero on the street scores.  So you want to do a pathway
 4  on the street that is broken down.
 5              JOHN DEL'OSSO:  Well, again, I think maybe
 6  when we get to that point of discussion, keep that point
 7  in the forefront and bring that up again, that's fine.
 8  But as I stated again, now three minutes ago, that for
 9  the last five or six years, we take public comment.  You
10  may not see it on the agenda, but we can always --
11              LAURIE ALDERMAN:  You need to state it on the
12  agenda.
13              JOHN DEL'OSSO:  So thank you for that.
14              So with that --
15              GEORGE BARICH:  Mr. Mayor, I'm going to leave
16  the proceedings.  The hum is too unbearable for me.  I
17  cannot hear properly, and I'm demanding that you
18  reschedule this meeting.  It's in violation of the
19  American Disabilities Act.
20              JOHN DEL'OSSO:  Thank you.
21              GEORGE BARICH:  Thank you, sir.
22                       -----oOo---
23
24
25
```



```
 1
 2
 3
 4
 5           I, MICHELLE MURRAY, Certified Shorthand
 6  Reporter, License No. 13896, hereby certify that I have
 7  transcribed to the best of my ability the proceedings
 8  herein.
 9           I further certify that I am not of counsel nor
10  attorney for either of the parties to said proceedings
11  nor in any way interested in the outcome of the cause
12  named in the caption.
13           IN WITNESS WHEREOF, I have hereunto set my
14  hand this 2nd day of October, 2019.
15
16
17
18
19
20
21                              _____
22                              Michelle Murray, CSR
                                License No. 13896
23
24
25
```



A COMPUTERIZED REPORTING SERVICE
(707) 575-1819 • (800) 634-4311 • FAX (707) 575-8541

9