CARLETON L. BRIGGS, SBN 117361
Law Offices of Carleton L. Briggs
740 Fourth Street, Suite 202
Santa Rosa, California 95404-4421
Telephone: (707) 523-2251, Cell: (707) 280-6323
Facsimile: (707) 523-2253
E-mail: clbriggs@sonic.net

Attorneys for Plaintiffs GEORGE E. BARICH and
LAURIE ALDERMAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE E. BARICH and LAURIE ALDERMAN,** | Case 3:21-cv-00034-EMC |
| Plaintiffs, | **NOTICE OF ASSOCIATION OF COUNSEL** |
| v. | Judge:  Hon. Edward M. Chen |
| **CITY OF COTATI and JOHN A. DELL'OSSO,** | Complaint filed:  January 5, 2021<br>Trial date:  January 30, 2023 |
| Defendants. | |

PLEASE TAKE NOTICE that Carleton L. Briggs, attorney of record for Plaintiffs George E. Barich and Laurie Alderman, hereby associates attorney John H. Scott, Scott Law Firm, as co-counsel and lead trial counsel for Plaintiffs in this matter.

The name, office address, telephone number, fax number, and e-mail address of the associated counsel are as follows:

JOHN H. SCOTT, SBN 72578
Scott Law Firm
1388 Sutter Street, Suite 715
San Francisco, California 94109
Telephone: (415) 561-9601
Facsimile: (415) 561-9609
E-mail: john@scottlawfirm.net

Dated: July 29, 2022                    **Law Offices of Carleton L. Briggs**

                                        /s/ Carleton L. Briggs
                                        CARLETON L. BRIGGS
                                        Attorneys for Plaintiffs
                                        GEORGE E. BARICH and LAURIE
                                        ALDERMAN

John H. Scott hereby accepts the above association.

Dated: July 29, 2022                    **John H. Scott**
                                        **Scott Law Firm**

                                        /s/ John H. Scott
                                        JOHN H. SCOTT
                                        Attorneys for Plaintiffs
                                        GEORGE E. BARICH and LAURIE
                                        ALDERMAN

## CERTIFICATION

I, Carleton L. Briggs, am the ECF User whose identification and password are being used to file this Notice of Association of Counsel. I hereby attest that John H. Scott has concurred in this filing.

Dated: July 29, 2022                    Respectfully submitted by

                                        /s/ Carleton L. Briggs
                                        CARLETON L. BRIGGS

NOTICE OF ASSOCIATION OF COUNSEL