EXHIBIT C

Carleton L. Briggs (SBN 117361)
Law Offices of Carleton L. Briggs
740 Fourth Street, Suite 202
Santa Rosa, California 95404-4421
Telephone: (707) 523-2251
Facsimile: (707) 523-2253
E-mail: clbriggs@sonic.net

Attorneys for Plaintiffs GEORGE E. BARICH
and LAURIE ALDERMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE E. BARICH and LAURIE ALDERMAN,** <br><br> **Plaintiffs,** <br><br> vs. <br><br> **CITY OF COTATI and JOHN A. DELL'OSSO,** <br><br> **Defendants.** | Case 3:21-cv-00034-EMC <br><br> **STIPULATION OF UNDISPUTED FACT** <br><br> Date: N.A. <br> Time: N.A. <br> Location: Courtroom 5, 17th Floor <br> Judge: Hon. Edward M. Chen <br><br> Complaint filed: January 5, 2021 <br> Trial date: December 12, 2022 |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel of record for the parties to the above-captioned action that the following fact is not in dispute:

1. The Cotati City Clerk is responsible for making reasonable accommodations for City meetings, including accommodating various prior requests from the Plaintiffs and others. At a strategic planning session on March 27, 2019, in addition to accommodating Plaintiff Alderman's request for a table, the Cotati City Clerk provided two functioning electronic hearing-assist devices,

previously used in the City Council Chambers, to Plaintiff George E. Barich for use in the Police Station Community Room, believing they would work in that room. Both devices powered on, but neither device amplified sound at that meeting. After the meeting, the Cotati City Clerk learned that the devices had radio frequency receivers configured to work with the public address system in the City Council Chambers, and therefore did not work in the Police Station Community Room.

Dated: June 2, 2022

**Law Offices of Carleton L. Briggs**

CARLETON L. BRIGGS
Attorneys for Plaintiffs GEORGE E. BARICH
and LAURIE ALDERMAN

Dated: June 2, 2022

**GIBBONS & CONLEY**

PETER A. URHAUSEN, ESQ.
Attorneys for Defendants CITY OF COTATI
and JOHN A. DELL'OSSO