John Houston Scott, SBN 72578
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Telephone: (415) 561-9601
Facsimile: (415) 561-9609
E-mail: john@scottlawfirm.net

Carleton L. Briggs, SBN 17361
**LAW OFFICES OF CARLETON L. BRIGGS**
740 Fourth Street, Suite 202
Santa Rosa, CA 95404-4421
Telephone: (707) 523-2251
Facsimile: (707) 523-2253
E-mail: clbriggs@sonic.net

Attorneys for Plaintiffs GEORGE E. BARICH and LAURIE ALDERMAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GEORGE E. BARICH** and **LAURIE ALDERMAN**,<br><br>  Plaintiffs,<br><br>v.<br><br>**CITY OF COTATI** and **JOHN A. DELL'OSSO**,<br><br>  Defendants. | Case 3:21-cv-00034-EMC<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR PERMISSION TO FILE A SUR-REPLY BRIEF IN RESPONSE TO DEFENDANT'S ORAL ARGUMENT RE THE BROWN ACT**<br><br>**[Civil Local Rule 7-11]**<br><br>Complaint filed: January 5, 2021<br>Trial date: January 30, 2023 |

1 | FOR GOOD CAUSE, the Court GRANTS Plaintiffs' administrative motion to allow Plaintiffs to file the proposed sur-reply brief submitted with this administrative motion. The Defendant has  7  days to file a response to the sur-reply brief.

**IT IS SO ORDERED.**

Dated: November 2, 2022

_____
THE HONORABLE EDWARD M. CHEN
United States District Judge