Peter Urhausen, Esq. SBN 160392
Sean Conley, Esq. SBN 130814
GIBBONS & CONLEY
Hookston Square 3480 Buskirk Ave. Suite 200
Pleasant Hill, CA 94523
T: 925.932.3600
F: 925.932.1623

Attorney for Defendant, CITY OF COTATI and JOHN A.
DELL'OSSO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE E. BARICH and LAURIE ALDERMAN,

     Plaintiffs,

  v.

CITY OF COTATI and JOHN A. DELL'OSSO,

     Defendants.

) Case No. 21-cv-00034-EMC
)
) **DEFENDANTS' OBJECTIONS TO**
) **PLAINTIFF'S EXHIBITS**
)
) Date:   December 20, 2022
) Time:   10:00 a.m.
) Courtroom: Courtroom 5
)      450 Golden Gate Ave.
)      17th Floor, San Francisco
) Judge:   The Honorable Edward M. Chen
) Trial:    January 30, 2023
)
)
)

1

OBJECTION TO EXHIBITS                Case No. 21-cv-00034-EMC

Plaintiffs have filed a joint exhibit list as Amended Appendix A to the pretrial conference order. Defendants repeatedly attempted to meet and confer with Plaintiffs on admissibility of exhibits, but that has not happened yet, but we will further attempt to meet and confer before the pretrial conference. Therefore, Defendants separately file this objection to the exhibits proposed by Plaintiffs as follows:

Plaintiffs have declined to indicate the purpose for which various exhibits are being offered, despite Defendants' requests. Therefore, Defendants cannot directly respond to any purported basis for finding such documents relevant to the issues of the case.

A substantial number of the exhibits concern videos of council meetings, and their minutes, other than the three meetings which are the subject of this litigation. See Defendants' Motion in Limine No. 2.

Defendants make the following specific objections.

Exhibit 1: Relevance (FRE 402), more prejudicial than probative (FRE 403), hearsay (FRE 802), improper opinion (FRE 701, 702).

Exhibits 2-16: All of the reasons stated in Defendants' Motion in Limine No. 2.

Exhibit 19: Relevance (FRE 402), more prejudicial than probative (FRE 403), hearsay (FRE 802), improper opinion (FRE 701, 702).

Exhibit 20: Relevance (FRE 402), more prejudicial than probative (FRE 403), hearsay (FRE 802), improper opinion (FRE 701, 702).

Exhibit 22: Relevance (FRE 402), more prejudicial than probative (FRE 403), hearsay (FRE 802), improper opinion (FRE 701, 702).

Exhibit 23: Relevance (FRE 402), more prejudicial than probative (FRE 403), hearsay (FRE 802), improper opinion (FRE 701, 702).

Exhibit 26: Object to the extent that it has not been authenticated.

///

///

Exhibits 27-29: All of the reasons stated in Defendants' Motion in Limine No. 2.


Dated: December 16, 2022                          GIBBONS & CONLEY


                                            By: _/s/ Peter Urhausen_
                                            PETER URHAUSEN, ESQ.
                                            SEAN CONLEY, ESQ.
                                            Attorney for Defendants, CITY OF COTATI and
                                            JOHN A. DELL'OSSO

OBJECTION TO EXHIBITS                                    Case No. 21-cv-00034-EMC