**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO**

**ZOOM CIVIL MINUTES**

**Case No.**: 21-cv-00034-EMC (JCS)

**Case Name:** Barich v. Cotati

**Date:** January 5, 2023                    **Time:** 6 H 25 M

**Deputy Clerk:** Karen Hom                  **Digital Reporter: Zoom Meeting Time: 4:15-4:22**

**Attorney for Plaintiff:** John Scott, Carleton Briggs
**Attorney for Defendant:** Peter Urhausen, Sean Conley

**ZOOM PROCEEDINGS**

(X)    Zoom Settlement Conference - Held

      (X) Case Settled    ( ) Case Did Not Settle    ( ) Partial Settlement

( )    Further Zoom Settlement Conference

      ( ) Case Settled         ( ) Case Did Not Settle         ( ) Partial Settlement

( )    Zoom Scheduling Conference to set Settlement Conference

( )    Further Zoom Settlement Conference

( )    Discovery Conference – Lead Trial Counsel Meet and Confer

( )    Zoom Status Conference

( )    Other

**Notes:**   Settlement placed on the record. Settlement is subject to approval by the City Council. Parties will submit a stipulation to Judge Chen requesting that the trial date be vacated and set a trial setting conference date.

Parties in attendance:  George Barich, Laurie Alderman, plaintiffs.  John Dell'Osso, Defendant. Damien O'Bid, representative for City of Cotati, Dana Calkins