Carleton L. Briggs, SBN 117361
Law Offices of Carleton L. Briggs
740 Fourth Street, Suite 202
Santa Rosa, CA 95404-4421
T: (707) 523-2251
F: (707) 523-2253
clbriggs@sonic.net

John H. Scott, SBN 72578
Scott Law Firm
1388 Sutter Street, Suite 715
San Francisco, California 94109
T: (415) 561-9601
F: (415) 561-9609
john@scottlawfirm.net
Sherry@scottlawfirm.net

Attorneys for Plaintiffs GEORGE E. BARICH and LAURIE ALDERMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. BARICH and LAURIE ALDERMAN,<br><br>            Plaintiffs,<br><br>   v.<br><br>CITY OF COTATI and JOHN A. DELL'OSSO,<br><br>            Defendants. | Case No. 21-cv-00034-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE [Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |

IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that pursuant to the settlement between the parties in this matter, this action be dismissed with prejudice in its entirety as

to all plaintiffs and all defendants, each party to bear his, her or its own attorney fees and costs.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: February 16, 2023                    LAW OFFICES OF CARLETON L. BRIGGS

By: */s/ Carleton L. Briggs*
CARLETON L. BRIGGS
Attorney for Plaintiffs, GEORGE E. BARICH and LAURIE ALDERMAN

Dated: February 16, 2023                    SCOTT LAW FIRM

By: */s/ John H. Scott*
JOHN H. SCOTT
Attorney for Plaintiffs, GEORGE E. BARICH and LAURIE ALDERMAN

Dated: February 16, 2023                    GIBBONS & CONLEY

By: */s/ Peter Urhausen*
PETER URHAUSEN, ESQ.
SEAN CONLEY, ESQ.
Attorney for Defendants, CITY OF COTATI and JOHN A. DELL'OSSO

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED. This Case Is Dismissed with Prejudice in Its Entirety as To All Plaintiffs and All Defendants, Each Party to Bear His, Her or Its Own Attorney Fees and Costs.**

Dated:
HON. EDWARD M. CHEN
United States District Judge