1  Carleton L. Briggs, SBN 117361
   Law Offices of Carleton L. Briggs
2  740 Fourth Street, Suite 202
   Santa Rosa, CA 95404-4421
3  T: (707) 523-2251
   F: (707) 523-2253
4  clbriggs@sonic.net

5  John H. Scott, SBN 72578
   Scott Law Firm
6  1388 Sutter Street, Suite 715
   San Francisco, California 94109
7  T: (415) 561-9601
   F: (415) 561-9609
8  john@scottlawfirm.net
   Sherry@scottlawfirm.net
9

10 Attorneys for Plaintiffs GEORGE E.
   BARICH and LAURIE ALDERMAN
11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 GEORGE E. BARICH and LAURIE          )  Case No. 21-cv-00034-EMC
   ALDERMAN,                            )
16                                      )  **STIPULATION AND [PROPOSED] ORDER**
                   Plaintiffs,          )  **FOR VOLUNTARY DISMISSAL WITH**
17                                      )  **PREJUDICE [Fed. R. Civ. P. 41(a)(1)(A)(ii)]**
         v.                             )
18                                      )
                                        )
19 CITY OF COTATI and JOHN A.           )
   DELL'OSSO,                           )
20                                      )
                   Defendants.          )
21                                      )
                                        )
22                                      )
                                        )
23 _____     )

24       IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned

25 counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that pursuant to the

26 settlement between the parties in this matter, this action be dismissed with prejudice in its entirety as

27                                              1

28 STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY          Case No. 21-cv-00034-EMC
   DISMISSAL WITH PREJUDICE

to all plaintiffs and all defendants, each party to bear his, her or its own attorney fees and costs.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**


Dated: February 16, 2023                    LAW OFFICES OF CARLETON L. BRIGGS


                                By: */s/ Carleton L. Briggs*
                                    CARLETON L. BRIGGS
                                    Attorney for Plaintiffs, GEORGE E. BARICH and
                                    LAURIE ALDERMAN


Dated: February 16, 2023                    SCOTT LAW FIRM


                                By: */s/ John H. Scott*
                                    JOHN H. SCOTT
                                    Attorney for Plaintiffs, GEORGE E. BARICH and
                                    LAURIE ALDERMAN


Dated: February 16, 2023                    GIBBONS & CONLEY


                                By: */s/ Peter Urhausen*
                                    PETER URHAUSEN, ESQ.
                                    SEAN CONLEY, ESQ.
                                    Attorney for Defendants, CITY OF COTATI and
                                    JOHN A. DELL'OSSO


                        [PROPOSED] **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED. This Case Is Dismissed with Prejudice in Its Entirety as To All Plaintiffs and All Defendants, Each Party to Bear His, Her or Its Own Attorney Fees and Costs.**

Dated:  February 24, 2023

                        _____
                        HON. EDWARD M. CHEN
                        United States District Judge

2

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY          Case No. 21-cv-00034-EMC
DISMISSAL WITH PREJUDICE